STATE v. CHARLES E. GRAVES.[2]

February 20, 1926.

No. 25,457.

**Case followed.**

Physicians and Surgeons, 30 Cyc. p. 1547, n. 18.

Defendant appealed from the judgment of the municipal court of Minneapolis adjudging him guilty of the offense of practicing dentistry without

[1]Reported in 207 N. W. 204.

[2]Reported in 207 N. W. 560.

a license and sentencing him to imprisonment in the county jail for 30 days. Affirmed.

*Russell C. Rosenquest,* for appellant.

*Gilbert E. Harris,* Special Attorney, for respondent.

PER CURIAM.

This is an appeal from a judgment adjudging appellant guilty of the offense of practicing dentistry without a license.

The appellant makes the claim that G. S. 1923, § 5760, is unconstitutional because it excludes from practice those who do not hold a diploma from a dental college in good standing notwithstanding their actual qualification and ability to serve as dentists.

Upon authority of State v. Graves, 161 Minn. 422, 201 N. W. 933, the judgment is affirmed.

Affirmed.